| UNITED STATES OF AMERICA | ) | DOCKET NO.: |
| --- | --- | --- |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| DONTE JAMAR SIMS | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that Arrest Warrant, Criminal Complaint and Affidavit be sealed be sealed until further order of this court,

**IT IS HEREBY ORDERED** that the Arrest Warrant, Criminal Complaint and Affidavit be sealedbe sealed until further order of this court.

This the 5 day of September, 2012.

_____
DAVID S. CAYER.
UNITED STATES MAGISTRATE JUDGE